IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No. 26-cv-0524-WJM

WILMER ANTONIO HERNANDEZ,

    Petitioner,

v.

JUAN BALTAZAR, in his official capacity as warden of the Denver Contract Detention Facility, *et al*.,

    Respondents.

## ORDER DIRECTING RESPONDENTS TO SHOW CAUSE AND SETTING BRIEFING SCHEDULE

Before the Court is Petitioner Wilmer Antonio Hernandez's Petition for Writ of Habeas Corpus, brought pursuant to 28 U.S.C. § 2241 ("Petition") (ECF No. 1), and Motion for Temporary Restraining Order ("Motion") (ECF No. 3).

Upon review of the Petition and the Motion, it is ORDERED that Petitioner shall serve Respondents Juan Baltazar, in his official capacity as Warden of the Denver Contract Detention Facility; Robert Hagan, in his official capacity as Field Office Director of the Denver Field Office of U.S. Immigration & Customs Enforcement ("ICE"); Todd Lyons, in his official capacity as Acting Director of ICE; Kristi Noem, in her official capacity as Secretary of the U.S. Department of Homeland Security; and Pamela Jo Bondi, in her official capacity as Attorney General of the United States Department of Justice, with a copy of the Petition and Motion, and all accompanying papers, along with a copy of this Order, by electronic mail on or before **February 13, 2026**.

Petitioner shall forthwith file proof of such service on the docket, and counsel for Respondents shall forthwith thereafter enter their notices of appearance.

The Court further ORDERS Respondents to Show Cause why the Petition and Motion should not be granted by no later than **February 20, 2026**. Upon receipt of this Response, the Court will determine whether it will require a Reply from the Petitioner.

Dated this 11th day of February, 2026.

BY THE COURT:

_____
William J. Martinez
Senior United States District Judge